**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KENNETH AND LISA AGOSTINELLI, | : | No. 21 MM 2024 |
| | : | |
| Petitioners | : | Application for Extraordinary Relief |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HOLIDAY INN EXPRESS GREAT VALLEY EXTON; SAM BAL, | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of March, 2024, Petitioners' Emergency Request for Extraordinary Relief is **DENIED**.